# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   18-cv-02572-RM-KMT

BAYARDO RENO SANDY,

    Plaintiff,

v.

BACA GRANDE PROPERTY OWNERS ASSOCATION,
STEVE CRAIG DOSSENBACK,
MATIE BELLE LAKISH,
DENNIS KEITH ISSELMANN,
CONNIE ESTRADA,
AYLA DANIELLE HOEVERS,
JANE ELIZABETH BROOKS, and
JOANNA B. THERIAULT,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 107) by Judge Raymond P. Moore entered on February 5, 2020, it is

ORDERED that summary judgment is entered in favor of Defendants Baca Grande Property Owners Association, Steve Craig Dossenback, Matie Belle Lakish, Dennis Keith Isselmann, Connie Estrada, Ayla Danielle Hoevers, Jane Elizabeth Brooks, and Joanna B. Theriault, and against Plaintiff, Bayardo Reno Sandy.   It is

FURTHER ORDERED that Defendants are awarded costs and shall, within 14 days of this date, file a bill of costs, in accordance with the procedures under Fed. R.

Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, which shall be taxed by the Clerk of the Court.   It is

FURTHER ORDERED that this case is closed.

Dated this 5th day of February, 2020.

                                            FOR THE COURT:
                                            JEFFREY P. COLWELL

                                            By:   s/C. Pearson
                                                  C. Pearson, Deputy Clerk