# Invoice

Stormo Reporting, Inc.
4847 Ashbrook Circle
Highlands Ranch, Colorado 80130-8839
(303) 200-4792   ID#42-1572451

| Date | Invoice # |
|---|---|
| 7/9/2019 | 9067 |

**Bill To**

Allen & Curry, P.C.
Ethan E. Zweig, Esq.
1125 17th Street, Suite 1275
Denver, Colorado 80202

| Client | Terms |
|---|---|
| The Baca Gra... | Net 15 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Hours - Appearance Fee for the Record of the Scheduled Videotaped Deposition of Bayardo Reno Sandy taken 7/1/2019 (Includes 5-Page Record) | 75.00 | 150.00 |
| 2 | Exhibit Management - Scanned & Emailed | 0.00 | 0.00 |
|   | Bayardo Reno Sandy v. The Baca Grande Property Owners Association, et al. | | |

Thank you for using our firm.

| Total | $150.00 |
|---|---|

**EXHIBIT A**